948

No. 90–5690.   TAYLOR *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 90–5694.   PAYNE *v.* HUFFMAN, WARDEN.   C. A. 4th Cir. Certiorari denied.

No. 90–5697.   VALENTI ET UX. *v.* LANCASTER COUNTY TAX CLAIM BUREAU ET AL.   Commw. Ct. Pa.   Certiorari denied.

No. 90–5699.   SINDRAM *v.* MONTGOMERY COUNTY, MARYLAND, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 90–5702.   GARCIA *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 90–5730.   CLIFFORD *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 90–5743.   GREEN *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 90–5745.   DEMOS *v.* WASHINGTON.   Sup. Ct. Wash.   Certiorari denied.

No. 90–5747.   CELESTIN *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 90–5750.   LOFTON *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 90–5751.   KAMMOMA *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 90–5752.   LONG *v.* UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 90–5757.   SIFUENTES-BALDERAS *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 90–5767.   TORRES ET UX. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.